DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNY DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2745

[February 5, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2016-CF-012697-AXXX-MB.

Johnny Davis, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Smith v. State*, 151 So. 3d 44 (Fla. 1st DCA 2014).

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***